UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED C. CARR, JR.,

        Plaintiff,

       v.

ALLIED WASTE SYSTEMS OF
ALAMEDA COUNTY, et al.,

        Defendants.

_____/

No. C 09-4675 PJH

**NOTICE OF ERRATA**

    The order filed on December 30, 2009 (docket No. 39) should read, at lines 2-3,

"The court granted defendants' motion to dismiss and entered judgment on December 11,

2009 . . . ."

**IT IS SO ORDERED.**

Dated: February 18, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge