**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                         NORTHERN DISTRICT OF CALIFORNIA
7
8
9
10
11   FRED C. CARR, JR.,
12            Plaintiff,                           No. C 09-4675 PJH
13       v.                                        **NOTICE OF ERRATA**
14   ALLIED WASTE SYSTEMS OF
     ALAMEDA COUNTY, et al.,
15
              Defendants.
16   _____/
17       The order filed on December 30, 2009 (docket No. 39) should read, at lines 2-3,
18   "The court granted defendants' motion to dismiss and entered judgment on December 11,
19   2009 . . . ."
20
21   **IT IS SO ORDERED.**
22   Dated:  February 18, 2010
23                                                 _____
                                                   PHYLLIS J. HAMILTON
24                                                 United States District Judge
25
26
27
28