UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRED C. CARR JR,

        Plaintiff,

  v.

ALLIED WASTE et al,

        Defendant.

Case Number: CV09-04675 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred C. Carr
2050 Truman Lane
Oakley, CA 94561

Dated: February 22, 2010

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk